UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

DEBRA PRESCOTT

      Plaintiff,

v.                                  Civil Action No.

CONSUMER RECOVERY ASSOCIATES, LLC

      Defendant.

---

## NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, (where Plaintiff resides in this district), and/or where Defendant transacts business in this district.

## PARTIES

4. Plaintiff, Debra Prescott ("Plaintiff"), is a natural person who at all relevant times resided in the State of Tennessee, County of Davidson, and City of Nashville.

-1-
Case 3:11-cv-00535 Document 1 Filed 06/06/11 Page 1 of 4 PageID #: 1

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, Consumer Recovery Associates, LLC ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes. Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

11. Defendant, via its agent and/or employee placed a call to Plaintiff's home telephone on or about December 17, 2010 at 8:49 a.m., and at such time, threatened Plaintiff that Defendant intended to notify the IRS of the alleged debt in

order to cause Plaintiff to pay taxes on the alleged debt, an action Defendant did not intend to take. (15 U.S.C. §§ 1692e(5), 1692e(10)).

12. Defendant, via its agent and/or employee placed a call to Plaintiff's home telephone on or about December 17, 2010 at 8:49 a.m., and at such time, failed to provide Plaintiff with the disclosures required pursuant to 15 U.S.C. § 1692g(a) et seq., and further failed to provide Plaintiff with such disclosures within 5 (five) days thereafter. (15 U.S.C. § 1692g(a) et seq.).

13. Defendant's actions constitute conduct highly offensive to a reasonable person.

## COUNT I

14. Plaintiff repeats and re-alleges each and every allegation contained above.

15. Defendant violated the FDCPA as detailed above.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

 a) Adjudging that Defendant violated the FDCPA;

 b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

 c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

 d) Awarding Plaintiff reasonable attorneys' fees ands costs incurred in this action;

 e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

16. Plaintiff is entitled to and hereby demands a trial by jury.

Dated: _June 2nd_, 2011

Respectfully submitted,

Debra Prescott

By: _/s/ Pd K.G/_
Paul K. Guibao
Attorney for Plaintiff
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, TN 38104
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
Email: PGuibao@AttorneysForConsumers.com

*Please send correspondence to the address below*

Paul K. Guibao
Weisberg & Meyers, LLC
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012