IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEBRA PRESCOTT )
)
v. ) No. 3-11-0535
)
CONSUMER RECOVERY )
ASSOCIATES, LLC )

O R D E R

On July 8, 2011, the plaintiff filed a notice of settlement (Docket Entry No. 4).

As a result, the initial case management conference, scheduled on July 25, 2011, is CANCELLED.

By September 7, 2011, the plaintiff shall file a notice of voluntary dismissal or the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the dismissal filing to be made by September 7, 2011.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge