IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA PRESCOTT ) | |
| ) | |
| ) | Case No. 3:11-0535 |
| v. ) | JUDGE SHARP |
| ) | |
| CONSUMER RECOVERY ASSOCIATES, ) | |
| LLC ) | |

**O R D E R**

Pursuant to the Notice of Dismissal Pursuant of Settlement (Docket Entry No. 6) filed by the Plaintiff, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE